```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GUSTAVO MONTES VASQUEZ

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  No. CR-S-07-360 EJG
                                )
12              Plaintiff,      )
                                )  STIPULATION AND ORDER TO CONTINUE
13       v.                     )  STATUS CONFERENCE
                                )
14  GUSTAVO MONTEZ VASQUEZ, ET AL )
                                )  Date:  October 19, 2007
15              Defendants.     )  Time:  10:00 a.m.
                                )  Judge: Hon. Edward J. Garcia
16  _____)

17
```

18      It is hereby stipulated between the parties, Heiko Coppola,

19 Assistant United States Attorney, Caro Marks, attorney for defendant

20 Gustavo Montez Vasquez, and Michael Long, attorney for defendant

21 Benjamin Lozano Rosas, as follows:

22      The Status Conference date of September 14, 2007 should be

23 continued until October 19, 2007. The reason for the continuance is

24 that the government has provided written discovery to the defense as

25 well DVD's containing evidence in the case. Both defendants speak

26 Spanish only and both are detained at the Sacramento County Jail.

27 Defense counsel request additional time to review the discovery, and

28 then to have it read to the defendants in Spanish, at the jail.

1  Further, defense counsel needs additional time to review the DVD's at
2  the jail with the defendants. Therefore the parties stipulate and agree
3  on a continuance until October 19, 2007.
4      IT IS STIPULATED that the period from the signing of this Order up
5  to and including October 19, 2007 be excluded in computing the time
6  within which trial must commence under the Speedy Trial Act, pursuant
7  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
8  preparation of counsel.

9  Dated: September 11, 2007           Respectfully submitted,

10                                     DANIEL BRODERICK
                                       Federal Defender
11
                                       /s/ Caro Marks
12                                     _____
                                       CARO MARKS
13                                     Assistant Federal Defender
                                       Attorney for Defendant
14                                     GUSTAVO MONTES VASQUEZ

15 Dated: September 11, 2007
                                       /s/ Michael Long
16                                     _____
                                       MICHAEL LONG, ESQ.
17                                     Attorney for Defendant
                                       BENJAMIN LOZANO ROSAS
18

19 Dated:  September 11, 2007          MCGREGOR SCOTT
                                       United States Attorney
20

21                                      /s/ Heiko Coppola

22                                     _____
                                       HEIKO COPPOLA
                                       Assistant U.S. Attorney
23

24                               ORDER

25     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26 ordered that the status conference presently set for September 14,
27 2007, be continued to October 19, 2007, at 10:00 a.m.  Based on the
28 representation of defense counsel and good cause appearing therefrom,

Stip & Order/Gustavo Montes Vasquez    -2-

the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the October 19, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:    September 11, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge