```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GUSTAVO MONTES VASQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-360 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| GUSTAVO MONTEZ VASQUEZ, ET AL ) | |
| Defendants. ) | Date: November 30, 2007 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, Caro Marks, attorney for defendant Gustavo Montez Vasquez, and Michael Long, attorney for defendant Benjamin Lozano Rosas, as follows:

The Status Conference date of October 19, 2007 should be continued until November 30, 2007. The reason for the continuance is that the government has provided written discovery to the defense as well DVD's containing evidence in the case. Both defendants speak Spanish only and both are detained at the Sacramento County Jail. Both defense counsel have been in trail and request additional time to review the discovery, and then to have it read to the defendants in Spanish, at the jail.

1  Further, defense counsel needs additional time to review the DVD's at
2  the jail with the defendants. Therefore the parties stipulate and agree
3  on a continuance until November 30, 2007.
4       IT IS STIPULATED that the period from the signing of this Order up
5  to and including November 30, 2007 be excluded in computing the time
6  within which trial must commence under the Speedy Trial Act, pursuant
7  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
8  preparation of counsel.

9  Dated: October 15, 2007         Respectfully submitted,

10                                 DANIEL BRODERICK
                                   Federal Defender
11
                                   /s/ Caro Marks
12                                 _____
                                   CARO MARKS
13                                 Assistant Federal Defender
                                   Attorney for Defendant
14                                 GUSTAVO MONTES VASQUEZ

15 Dated: October 15, 2007
                                   /s/ Michael Long
16                                 _____
                                   MICHAEL LONG, ESQ.
17                                 Attorney for Defendant
                                   BENJAMIN LOZANO ROSAS
18

19 Dated:  October 15, 2007        MCGREGOR SCOTT
                                   United States Attorney
20

21                                  /s/ Heiko Coppola
                                   _____
22                                 HEIKO COPPOLA
                                   Assistant U.S. Attorney
23

24                                ORDER

25      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26 ordered that the status conference presently set for October 19, 2007,
27 be continued to November 30, 2007, at 10:00 a.m.  Based on the
28 representation of defense counsel and good cause appearing therefrom,

Stip & Order/Gustavo Montes Vasquez      -2-

1  the Court hereby finds that the failure to grant a continuance in this
2  case would deny defense counsel reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  The
4  Court finds that the ends of justice to be served by granting a
5  continuance outweigh the best interests of the public and the defendant
6  in a speedy trial.  It is ordered that time from this date to, and
7  including, the November 30, 2007 status conference shall be excluded
8  from computation of time within which the trial of this matter must be
9  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
10 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
11 time to prepare.
12 Dated: October 15, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge