```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GUSTAVO MONTES VASQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-360 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| GUSTAVO MONTEZ VASQUEZ, ET AL ) | |
| Defendants. ) | Date: January 11, 2008 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, Caro Marks, attorney for defendant Gustavo Montez Vasquez, and Michael Long, attorney for defendant Benjamin Lozano Rosas, as follows:

The Status Conference date of November 30, 2007 should be continued until January 11, 2008. The reason for the continuance is that the defense has not yet completed its inspection of the discovery in this case. Also, both defense counsel and counsel for the United States will be out of the jurisdiction on Friday, November 30, 2007.

Therefore the parties stipulate and agree on a continuance until

1  January 11, 2008.

2      IT IS STIPULATED that the period from the signing of this Order up
3  to and including January 4, 2008 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
6  preparation of counsel.

7  Dated: November 28, 2007              Respectfully submitted,

8                                        DANIEL BRODERICK
                                         Federal Defender
9
                                         /s/ Caro Marks
10
                                         _____
11                                       CARO MARKS
                                         Assistant Federal Defender
                                         Attorney for Defendant
12                                       GUSTAVO MONTES VASQUEZ

13  Dated: November 28, 2007
                                         /s/ Michael Long
14
                                         _____
                                         MICHAEL LONG, ESQ.
15                                       Attorney for Defendant
                                         BENJAMIN LOZANO ROSAS
16

17  Dated:  November 28, 2007            MCGREGOR SCOTT
                                         United States Attorney
18

19                                        /s/ Heiko Coppola

20                                       _____
                                         HEIKO COPPOLA
                                         Assistant U.S. Attorney
21

22                                  ORDER

23      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24  ordered that the status conference presently set for November 30, 2007,
25  be continued to January 11, 2008, at 10:00 a.m.  Based on the
26  representation of defense counsel and good cause appearing therefrom,
27  the Court hereby finds that the failure to grant a continuance in this
28  case would deny defense counsel reasonable time necessary for effective

1  preparation, taking into account the exercise of due diligence.  The
2  Court finds that the ends of justice to be served by granting a
3  continuance outweigh the best interests of the public and the defendant
4  in a speedy trial.  It is ordered that time from this date to, and
5  including, the January 11, 2008 status conference shall be excluded
6  from computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
8  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
9  time to prepare.
10 Dated: November 28, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Stip & Order/Gustavo Montes Vasquez    -3-