```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GUSTAVO MONTES VASQUEZ
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     ) No. CR-S-07-360 EJG
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER TO CONTINUE
13     v.                        ) STATUS CONFERENCE
                                 )
14 GUSTAVO MONTEZ VASQUEZ, ET AL )
                                 ) Date:  February 8, 2008
15              Defendants.      )
                                 ) Time:  10:00 a.m.
16 _____  ) Judge: Hon. Edward J. Garcia
17
18
19      It is hereby stipulated between the parties, Heiko Coppola,
20 Assistant United States Attorney, Caro Marks, attorney for defendant
21 Gustavo Montez Vasquez, and Michael Long, attorney for defendant
22 Benjamin Lozano Rosas, as follows:
23      The Status Conference date of January 11, 2008 should be continued
24 until February 8, 2008.  Defense attorney Marks is currently in jury
25 trial and unavailable on the current status conference date.
26      Therefore the parties stipulate and agree on a continuance until
27 February 8, 2008.
28      IT IS STIPULATED that the period from the signing of this Order up
```

1  to and including February 8, 2008 be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
4  preparation of counsel.

5  Dated: January 7, 2008          Respectfully submitted,

6                                  DANIEL BRODERICK
                                    Federal Defender
7
                                    /s/ Caro Marks
8                                   _____
                                    CARO MARKS
9                                   Assistant Federal Defender
                                    Attorney for Defendant
10                                  GUSTAVO MONTES VASQUEZ

11 Dated: January 7, 2008
                                    /s/ Michael Long
12                                  _____
                                    MICHAEL LONG, ESQ.
13                                  Attorney for Defendant
                                    BENJAMIN LOZANO ROSAS
14

15 Dated:  January 7, 2008          MCGREGOR SCOTT
                                    United States Attorney
16

17                                   /s/ Heiko Coppola
                                    _____
18                                  HEIKO COPPOLA
                                    Assistant U.S. Attorney
19

20                                ORDER

21      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
22 ordered that the status conference presently set for January 11, 2008,
23 be continued to February 8, 2008, at 10:00 a.m.  Based on the
24 representation of defense counsel and good cause appearing therefrom,
25 the Court hereby finds that the failure to grant a continuance in this
26 case would deny defense counsel reasonable time necessary for effective
27 preparation, taking into account the exercise of due diligence.  The
28 Court finds that the ends of justice to be served by granting a

Stip & Order/Gustavo Montes Vasquez      -2-

continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the February 8, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:    January 7, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Stip & Order/Gustavo Montes Vasquez    -3-