MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for Defendant
BENJAMIN LOZANO-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO MONTES-VASQUEZ and BENJAMIN LOZANO-ROSAS<br><br>Defendants. | Cr. S- 07-360 EJG<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: 3-14-08<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**GOOD CAUSE APPEARING**, it is hereby **ORDERED** that the status conference currently scheduled on February 8, 2008, is hereby continued to March 14, 2008, at 10:00 a.m.  Time shall be excluded from the Speedy Trial Act calculation from February 8, 2008, through March 14, 2008, the date of the new status conference, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 in order to give counsel for defendant reasonable time to prepare.

**IT IS SO ORDERED**
.
Dated:        February 5, 2008            /s/ Edward J. Garcia
                                          Judge
                                          United States District Court

1