MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GUSTAVO MONTES-VASQUEZ and<br>BENJAMIN LOZANO-ROSAS<br><br>  Defendants.<br>_____ | CASE NO. 2:07-CR-0360 EJG<br><br><br><br>STIPULATION AND<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from April 18, 2008 to May 16, 2008 at 10:00 a.m. They stipulate that the time between April 18, 2008 and May 16, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4. Specifically, defense counsel need additional time to investigate this matter and conduct plea negotiations with the government. The parties stipulate and agree that the interests of justice served by

1

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATE: April 17, 2008        By:  /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

DATE: April 17, 2008             /s/ Caro Marks
                                      CARO MARKS
                                      Attorney for Defendant Montes-Vasquez

DATE: April 17, 2008             /s/ Michael D. Long
                                      MICHAEL D. LONG
                                      Attorney for Defendant Lozano-Rosas

                                      **SO ORDERED.**

DATE: April 17, 2008
                                      /s/ Edward J. Garcia
                                      HON. EDWARD J. GARCIA
                                      U.S. District Judge