```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GUSTAVO MONTES VASQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-360 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| GUSTAVO MONTEZ VASQUEZ, ET AL ) | |
| Defendants. ) | Date: June 6, 2008 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, Caro Marks, attorney for defendant Gustavo Montez Vasquez, and Michael Long, attorney for defendant Benjamin Lozano Rosas, as follows:

The Status Conference date of May 16, 2008 should be continued until June 6, 2008. Defense attorney Marks is currently in jury trial and needs the additional time to work with the government on a resolution to this case.

Therefore the parties stipulate and agree on a continuance until June 6, 2008.

1  IT IS STIPULATED that the period from the signing of this Order up
2 to and including June 6, 2008 be excluded in computing the time within
3 which trial must commence under the Speedy Trial Act, pursuant to 18
4 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation
5 of counsel.

6 Dated: May 15, 2008                Respectfully submitted,

7                                    DANIEL BRODERICK
                                     Federal Defender
8
                                     /s/ Caro Marks
9                                    _____
                                     CARO MARKS
10                                   Assistant Federal Defender
                                     Attorney for Defendant
11                                   GUSTAVO MONTES VASQUEZ

12 Dated: May 15, 2008
                                     /s/ Michael Long
13                                   _____
                                     MICHAEL LONG, ESQ.
14                                   Attorney for Defendant
                                     BENJAMIN LOZANO ROSAS
15

16 Dated:  May 15, 2008               MCGREGOR SCOTT
                                     United States Attorney
17

18                                    /s/ Heiko Coppola
                                     _____
19                                   HEIKO COPPOLA
                                     Assistant U.S. Attorney
20

21                                  ORDER

22  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for May 16, 2008, be
24 continued to June 6, 2008, at 10:00 a.m.  Based on the representation
25 of defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defense counsel reasonable time necessary for effective preparation,
28 taking into account the exercise of due diligence.  The Court finds

Stip & Order/Gustavo Montes Vasquez    -2-

1  that the ends of justice to be served by granting a continuance
2  outweigh the best interests of the public and the defendant in a speedy
3  trial.  It is ordered that time from this date to, and including, the
4  June 6, 2008 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
7  Local Code T-4, to allow defense counsel time to prepare.
8  Dated: May 15, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge