MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for Benjamin Lozano-Rosas

FILED
JUL 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GUSTAVO MONTEZ-VASQUEZ AND<br>BENJAMIN LOZANO-ROSAS,<br>Defendants. | ) No. CR-S-07-360 EJG<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER TO CONTINUE STATUS<br>) CONFERENCE<br>)<br>) Date: 7-11-08<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, Caro Marks, attorney for defendant Gustavo Montez-Vasquez, and Michael Long, attorney for Benjamin Lozano-Rosas, that the status conference date of June 6, 2008, should be continued until July 11, 2008. The continuance is necessary as both defense counsel are still investigating the case and both counsel are continuing to engage in negotiations.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of July 11, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: June 5, 2008

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Mr. Lozano-Rosas

-1-

| | | |
|---|---|---|
| 1 | Dated: June 5, 2008 | /s/ Caro Marks                . |
| 2 | | CARO MARKS |
| | | Assistant Federal Defender |
| 3 | | Attorney for Gustavo Montez-Vasquez |
| 4 | Dated: June 5, 2008 | |
| 5 | | McGREGOR SCOTT |
| | | United States Attorney |
| 6 | | |
| 7 | | /s/ Heiko Coppola____ |
| | | HEIKO COPPOLA |
| 8 | | Assistant U.S. Attorney |

-2-

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GUSTAVO MONTEZ-VASQUEZ AND<br>BENJAMIN LOZANO-ROSAS,<br>Defendant. | ) No. CR-S-07-07-360  EJG<br>)<br>) (Proposed) ORDER<br>)<br>) Date: 7-11-08<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia<br>) |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 6, 2008, at 10:00 a.m. be continued to July 11, 2008, at 10:00 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence. The continuance outweighs the best interests of the public and the defendants to a speedy trial. It is ordered that time from this date to July 11, 2008, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow counsel time to prepare.

Dated: _June 6_, 2008

_/s/ Edward J. Garcia_
EDWARD J. GARCIA
Senior United States District Judge

-3-